IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF: | IN A BANKRUPTCY PROCEEDING |
| | UNDER 11 USC CHAPTER 7 |
| **ANN MARIE SCHULLO** | NO.10B04424 |
| | JUDGE: Squires |
| Debtor | |

### ORDER MODIFYING AUTOMATIC STAY

AT WHEATON, ILLINOIS THIS _____ DAY OF _____, 2010.

**THIS MATTER** coming to be heard upon the Motion of THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS TRUSTEE ON BEHALF OF CIT MORTGAGE LOAN TRUST 2007-1 mortgagee and creditor in this cause, due notice having been served and the Court being fully advised,

**IT IS ORDERED** that the Automatic Stay in effect against THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS TRUSTEE ON BEHALF OF CIT MORTGAGE LOAN TRUST 2007-1 as mortgagee be and the same is hereby modified as to said THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS TRUSTEE ON BEHALF OF CIT MORTGAGE LOAN TRUST 2007-1 and leave is hereby given to said THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS TRUSTEE ON BEHALF OF CIT MORTGAGE LOAN TRUST 2007-1 and its assigns to foreclose its mortgage recorded against the property commonly known as 246 Applewood Lane, Bloomingdale, IL 60108.

**IT IS FINALLY ORDERED** that Rule 4001 (a) (3) is waived.

ENTER: _____
            JUDGE

MAR - 5 2010

JAROS, TITTLE & O'TOOLE, LIMITED
20 North Clark Street
Suite #510
Chicago, Illinois 60602
(312) 750-1000
Our file #09-34265

PREVAILING PARTY SHALL FORTHWITH SERVE A COPY OF THIS ORDER ON THE DEBTOR(S) AND ALL PARTIES ENTITLED TO NOTICE.